FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 23 2021

TAMMY H. DOWNS, CLERK
By: _____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| Angela Kifer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:21-cv-00199-KGB |
| | ) Jury Demanded |
| Abilities Unlimited of Jonesboro, | ) |
| | ) |
| Defendant. | |

This case assigned to District Judge Baker
and to Magistrate Judge Ray

**VERIFIED COMPLAINT
FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT**

COMES NOW Plaintiff Angela Kifer (hereinafter, "Ms. Kifer"), by and through counsel, and for her Complaint against Defendant Abilities Unlimited of Jonesboro, Inc. (hereinafter, "Abilities Unlimited"), states and alleges as follows:

### NATURE OF THE COMPLAINT

1. Ms. Kifer brings this action under federal law, specifically the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq.

2. Ms. Kifer brings this action against Abilities Unlimited for failure to pay minimum wage and for unpaid overtime compensation, and other penalties and damages.

3. Abilities Unlimited's practices were and are in direct violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq.

4. For said violations, Ms. Kifer seeks declaratory relief; compensation for work hours for which she was unpaid or underpaid, including overtime premiums for all hours worked

1

over forty hours in a work week; liquidated damages and/or other damages as permitted by applicable law; and attorney's fees, costs, and expenses incurred in this action.

## PARTIES

5. Ms. Kifer is an adult resident of Jonesboro, Craighead County, Arkansas.

6. Upon information and belief, Abilities Unlimited of Jonesboro is an Arkansas-based corporation, and may be reached for service through its registered agent, Scott A. Buckholtz, 2725 North Church Street, Jonesboro, Arkansas 72401.

## JURISDICTION AND VENUE

7. This Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1311 because this case is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.

8. Defendant is a legal entity incorporated in the state of Arkansas and is subject to service of process in Arkansas. Therefore, this Court has personal jurisdiction over Defendant.

9. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to Ms. Kifer's claims occurred in this District.

## FACTUAL BACKGROUND

10. Ms. Kifer has been employed by Abilities Unlimited since September 2001.

11. Ms. Kifer's position with Abilities Unlimited is Team Leader (Implementer).

12. Ms. Kifer's job is to provide personal care to a single client, who happens be Ms. Kifer's aunt.

13. Ms. Kifer provides this service in Ms. Kifer's own home.

14. Ms. Kifer has no substantial supervisory authority over other employees and has no hiring or firing authority.

Doc ID: a0ba28d68de2076bdded33dd4c08404ef6ef3b0a

15. Ms. Kifer is required by Abilities Unlimited to log in any hours that patient is in her care, but her paycheck only reflects 40 hours per week.
16. Ms. Kifer works on average 113 hours per week.
17. Ms. Kifer is paid a weekly rate of $755 per week, regardless of the number of hours worked.
18. Given Ms. Kifer's work duties she is not an exempt employee under the FLSA.
19. Ms. Kifer, given the rate of $755 per week at an average of 113 hours per week, has an effective hourly rate of roughly $6.68 per hour.
20. Abilities Unlimited has refused to pay Ms. Kifer at least the federal minimum wage and overtime compensation for the hours worked exceeding 40 hours in a work week.
21. Abilities Unlimited knows or should know that they are undercompensating Ms. Kifer.
22. Abilities Unlimited knows or should know Ms. Kifer's effective pay rate is less than the federal minimum wage.
23. Abilities Unlimited knows or should know Ms. Kifer works overtime hours for which she is not properly compensated.
24. Despite this knowledge, Abilities Unlimited willfully fails to pay Ms. Kifer the federal minimum wage and overtime pay for every hour worked over 40 in a workweek.

## COUNT 1 VIOLATION OF THE FLSA

25. Ms. Kifer realleges and incorporates the allegations contained in Paragraphs 1 through 24 as if they were set forth fully herein.
26. At all relevant times, Abilities Unlimited was an "employer" engaged in interstate "commerce" and/or in the production of "goods" for "commerce" within the meaning of the FLSA, 29 U.S.C. § 203.

Doc ID: a0ba28d68de2076bdded33dd4c08404ef6ef3b0a

27. At all relevant times, Abilities Unlimited has employed, and continues to employ, Ms. Kifer.
28. Upon information and belief, Abilities Unlimited has gross annual operating revenues in excess of Five Hundred Thousand Dollars.
29. The FLSA requires each covered employer, such as Abilities Unlimited, to compensate all non-exempt employees for all hours worked at an hourly rate of not less than federal minimum wage and compensate all non-exempt employees at a rate of not less than one and one-half the regular rate of pay for work performed in excess of forty hours in a week.
30. Abilities Unlimited willfully pays Ms. Kifer at an hourly rate less than federal minimum wage.
31. As a result of Abilities Unlimited's failure to compensate Ms. Kifer at an hourly rate of the federal minimum wage, Abilities Unlimited has violated, and continues to violate the FLSA, including 29 U.S.C. § 206(a).
32. As a result of Abilities Unlimited's failure to compensate Ms. Kifer at a rate of not less than one and one-half times the regular rate of pay for all work performed in excess of forty hours in a work week, Abilities Unlimited has violated, and continues to violate, the FLSA, including 29 U.S.C. § 207.
33. Because Abilities Unlimited was aware of the hours worked by Ms. Kifer and that she was underpaid for these hours, Abilities Unlimited's conduct constitutes willful violations of the FLSA within the meaning of 29 U.S.C. § 255(a).

Doc ID: a0ba28d68de2076bdded33dd4c08404ef6ef3b0a

34. Because Abilities Unlimited was aware of the hours worked by Ms. Kifer and that she was underpaid for these hours, Abilities Unlimited's conduct also fails to meet the standard of good faith compliance with the FLSA within the meaning of 29 U.S.C. § 260.

## PRAYER FOR RELEIF

WHEREFORE, Ms. Kifer prays for relief as follows:

1. A declaratory judgement that the practices complained of herein are unlawful under the FLSA;
2. Prejudgment interest, as provided by law
3. An award of money damages for unpaid wages and overtime premiums, including liquidated damages, compensatory and punitive damages in an amount to be determined at trial;
4. An award of costs and expenses of this action incurred herein, including reasonable attorneys' fees; and
5. Any further legal and equitable relief this court deems necessary, just, and proper.

## DEMAND FOR JURY TRIAL

Ms. Kifer hereby demands a jury trial on all causes of actions and claims with respect to which she has a right to jury trial.

Respectfully submitted,

s/Philip Oliphant
Alan G. Crone, TN Bar No. 014285
Philip Oliphant, TN Bar No. 025990
THE CRONE LAW FIRM, PLC
88Union Avenue, 14th Floor
Memphis, TN 38103
800.403.7968 (voice)
901.737.7740(voice)
901.474.7926 (fax)
acrone@cronelawfirmplc.com

Doc ID: a0ba28d68de2076bdded33dd4c08404ef6ef3b0a

poliphant@cronelawfirmplc.com
*Attorneys for Plaintiff*

Doc ID: a0ba28d68de2076bdded33dd4c08404ef6ef3b0a

## DECLARATION AND VERIFICATION

I, **Angela Kifer**, verify and declare that the facts stated in the foregoing Verified Complaint to the best of my knowledge and belief are true, and that the Complaint is not made out of levity or by collusion with the Defendant, but in sincerity and truth for the causes mentioned in the Complaint.

*Angela Kifer*

**Angela Kifer**

Date: 09 / 17 / 2021

Doc ID: a0ba28d68de2076bdded33dd4c08404ef6ef3b0a

# ∇ HELLOSIGN

# Audit Trail

| | |
|---|---|
| **TITLE** | Complaint |
| **FILE NAME** | Kifer Complaint.pdf |
| **DOCUMENT ID** | a0ba28d68de2076bdded33dd4c08404ef6ef3b0a |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT** — **09 / 17 / 2021** 14:17:39 UTC-5
Sent for signature to Angela Kifer (adkifer@hotmail.com) from jlc@cronelawfirmplc.com
IP: 96.84.128.62

**VIEWED** — **09 / 17 / 2021** 16:08:12 UTC-5
Viewed by Angela Kifer (adkifer@hotmail.com)
IP: 99.67.217.217

**SIGNED** — **09 / 17 / 2021** 16:14:31 UTC-5
Signed by Angela Kifer (adkifer@hotmail.com)
IP: 99.67.217.217

**COMPLETED** — **09 / 17 / 2021** 16:14:31 UTC-5
The document has been completed.

Powered by ∇ HELLOSIGN