IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANGELA KIFER**                                                                                    **PLAINTIFF**

**v.**                              **Case No. 3:21-cv-00199-KGB**

**ABILITIES UNLIMITED**
**OF JONESBORO, INC.**                                                                  **DEFENDANT**

## ORDER

Before the Court is plaintiff Angela Kifer's motion to substitute counsel of record (Dkt. No. 11). Ms. Kifer requests that Josh Sanford be substituted as her lead counsel of record and that Philip Oliphant and Alan Crone of The Crone Law Firm be withdrawn as her counsel of record (*Id.*). For good cause shown, the Court grants the motion (*Id.*). Josh Sanford shall appear as counsel of record for Ms. Kifer (*Id.*). The Court directs the Clerk of Court to remove Philip Oliphant and Alan Crone as Ms. Kifer's counsel of record.

It is so ordered this 18th day of February, 2022.

Kristine G. Baker
United States District Judge