IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA KIFER                                                                                             PLAINTIFF

v.                                         Case No. 3:21-cv-00199 KGB

ABLITIES UNLIMITED OF JONESBORO                                                    DEFENDANT

## ORDER

Before the Court is the parties' joint motion for referral to magistrate for settlement conference, to extend the discovery deadline and for continuance (Dkt. No. 17). The parties request that this Court refer this matter to a Magistrate Judge for a settlement conference and extend the discovery deadline by 45 days after the settlement conference date (*Id.*, at 1–2). The parties also ask the Court to remove the trial in this case from the Court's trial calendar (*Id.*, at 2).

For good cause shown, the Court grants the motion and refers this case to Judge J. Thomas Ray to schedule and conduct a settlement conference (Dkt. No. 17). The Court removes this case from the trial calendar for the week of November 28, 2022, and will reset by separate Order the discovery deadline by 45 days after the settlement conference is set and will reset the trial date.

It is so ordered this 20th day of October, 2022.

                                                                                    _Kristine G. Baker_
                                                                                    Kristine G. Baker
                                                                                    United States District Judge