IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA KIFER                                                                                              PLAINTIFF

v.                                    Case No. 3:21-cv-00199 KGB

ABLITIES UNLIMITED OF JONESBORO                                                    DEFENDANT

## ORDER

Before the Court is the status of this case. The Clerk's Minutes from the December 1, 2022, settlement conference between the parties indicate that "the parties [have] reached a full and final settlement agreement of all claims in this case" (Dkt. No. 23). In the light of the settlement, the Court removes this case from the April 24, 2023, trial calendar and orders the parties to file a joint stipulation of dismissal or a joint status report within 30 days from the entry of this Order, up to and including January 3, 2023.

It is so ordered this 2nd day of December, 2022.

_Kristine G. Baker_____
Kristine G. Baker
United States District Judge