IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANGELA KIFER**                                                                                                        **PLAINTIFF**

v.                                            **Case No. 3:21-cv-00199 KGB**

**ABLITIES UNLIMITED OF JONESBORO**                                                          **DEFENDANT**

**ORDER**

Before the Court is the parties' joint status report (Dkt. No. 32).  The parties represent that they have finalized their settlement agreement document, but they require more time to fully execute it and finalize their dismissal documents (*Id.*, ¶ 3).  The parties state that they anticipate filing their dismissal papers or another status update by January 31, 2023 (*Id.*, ¶ 4).  Based on the parties' joint status report, the parties are directed to file by January 31, 2023, their dismissal documents or another joint status report.

It is so ordered this 17th day of January, 2023.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge