IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA KIFER                                                   PLAINTIFF

V.                       No. 3:21-cv-00199-KGB

ABILITIES UNLIMITED OF JONESBORO                 DEFENDANT

## ENTRY OF APPEARANCE

       Brett W. Taylor of The Rose Law Firm, 120 East Fourth Street, Little Rock, Arkansas, 72201, enters his appearance on behalf of Defendant Abilities Unlimited of Jonesboro for all further proceedings in this cause.

                                         Respectfully Submitted,

                                         Brett W. Taylor (ABA #2014175)
                                         btaylor@roselawfirm.com
                                         ROSE LAW FIRM
                                         120 East Fourth Street
                                         Little Rock, Arkansas 72201
                                         Phone: (501) 377-0426
                                         Fax: (501) 375-1309