IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANGELA KIFER**                                                                                       **PLAINTIFF**

vs.                                            No. 3:21-cv-199-KGB

**ABILITIES UNLIMITED OF JONESBORO**                                   **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Angela Kifer and Defendant Abilities Unlimited of Jonesboro, by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiff brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA").

2. After arm's length negotiations in which Plaintiff and Defendant were represented by counsel, Plaintiff and Defendant reached an agreement that resolved Plaintiff's claims in this lawsuit, leaving open the issue of Plaintiff's incurred attorneys' fees and costs. This settlement was subsequently approved by the Court. See ECF No. 36.

3. The parties have now resolved the issue of attorneys' fees and costs and file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4. The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs, except as otherwise agreed.

Page 1 of 2
Angela Kifer v. Abilities Unlimited of Jonesboro
U.S.D.C. (E.D. Ark.) No. 3:21-cv-199-KGB
Joint Stipulation of Dismissal with Prejudice

Respectfully submitted,

**PLAINTIFF ANGELA KIFER**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**  **DEFENDANT ABILITIES UNLIMITED OF JONESBORO**

ROSE LAW FIRM
120 East Fourth St.
Little Rock, Arkansas 72201
Tele: (501) 377-0426
Facsimile: (501) 375-1309

*/s/ Brett W. Taylor*
Brett W. Taylor
Ark. Bar No. 2014175
btaylor@roselawfirm.com

**Page 2 of 2**
**Angela Kifer v. Abilities Unlimited of Jonesboro**
**U.S.D.C. (E.D. Ark.) No. 3:21-cv-199-KGB**
**Joint Stipulation of Dismissal with Prejudice**