IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANGELA KIFER**                                                                                                          **PLAINTIFF**

v.                                              Case No. 3:21-cv-00199 KGB

**ABLITIES UNLIMITED OF JONESBORO**                                                      **DEFENDANT**

### ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 38). The Court previously approved the parties' settlement agreement in this case, which left open the issue of attorneys' fees and costs (*Id.*, ¶ 2). The parties state that they have now resolved the issue of attorneys' fees and costs and that this case should be dismissed with prejudice (*Id.*, ¶ 3). As the parties' stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court adopts the stipulation of dismissal. The Court dismisses with prejudice this case.

It is so ordered this 8th day of July, 2024.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge